O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#27

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4012 PSG (SSx) | Date | April 29, 2013 |
|---|---|---|---|
| Title | U.S. Commodity Futures Trading Commission v. Michael J. Leighton | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings:**   **(In Chambers) Order DENYING Motion for Default Judgment WITHOUT PREJUDICE**

On March 13, 2013, Plaintiff U.S. Commodity Futures Trading Commission ("Plaintiff") filed a motion for default judgment against Defendant Michael J. Leighton ("Defendant"). Dkt. # 27. While Plaintiff has filed a notice of motion, there is no indication that the motion for default judgment has been served on Defendant because Plaintiff has not filed a proof of service as to the motion.[1] Because Defendant does not appear to be registered with the CM/ECF System, pursuant to Local Rule 5-3.3, Defendant must be served with the motion for default judgment in accordance with Local Rule 5-3.1, which requires a proof of service in accordance with Local Rule 5-3.2. *See* L.R. 5-3.1, 5-3.2, 5-3.3. Because Plaintiff has not filed an accompanying proof of service, the motion for default judgment is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

---

[1] Plaintiff did file a proof of service as to the application for leave to file excess pages in support of its motion for default judgment, but did not file a proof of service as to the motion and accompanying memorandum.